RECEIVED
IN LAFAYETTE, LA.

APR 1 2 2011

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-cr-20009-01 |
| | CIVIL ACTION NO. 10-cv-1519 |
| VERSUS | JUDGE DOHERTY |
| ANTHONY DARTEZ | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Anthony Dartez's motion to vacate, set aside, or correct his sentence (Rec. Doc. 53) is **DENIED**.

Lafayette, Louisiana, this _12_ day of ___April___, 2011.

Rebecca F. Doherty
United States District Judge